## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILADELPHIA PROFESSIONAL COLLECTIONS LLC : : : v. : CRAWL SPACE DOOR SYSTEM, INC. : *doing business as* : CRAWL SPACE DOOR SYSTEMS, INC. : | CIVIL ACTION NO. 21-5476 |

## **ORDER**

This 3rd day of February, 2022, upon consideration of Defendant Crawl Space Door System's Motion to Transfer Venue, ECF No. 5, and Plaintiff Philadelphia Professional Collections' Response in Opposition, ECF No. 6, it is hereby **ORDERED** that Defendant's Motion is **DENIED**. The parties shall meet and confer in preparation for a case management conference to be scheduled by the Court.

/s/ Gerald Austin McHugh
United States District Judge