IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILADELPHIA PROFESSIONAL COLLECTIONS LLC | : : : | |
| v. | : : | CIVIL ACTION NO. 21-5476 |
| CRAWL SPACE DOOR SYSTEM, INC. | : | |

## SCHEDULING ORDER

This 8th day of March, 2022, following a Preliminary Pretrial Conference pursuant to Rule 16, it is hereby **ORDERED** as follows:

1. All factual discovery shall be completed by **June 8, 2022.**

2. Not later than 30 days after completion of fact discovery, Plaintiff shall identify any expert it intends to call, and, if Plaintiff intends to present an expert, it shall deliver a report to Defendant within 30 days after identification of such expert. Defendant shall have until 60 days after completion of fact discovery to identify any expert and 30 days after that to provide a report. If Plaintiff had not identified an expert, Plaintiff shall have 30 days from receipt of any expert report from Defendant to submit a responsive report.

3. This case shall be deemed ready for the scheduling of a Final Pretrial Conference as of **October 3, 2022.**

**Notice:** Throughout the course of this litigation, counsel should refer to Judge McHugh's Guidelines for Counsel, which can be found on the Court's website, for assistance with efficient management of this case.

    /s/ Gerald Austin McHugh
United States District Judge