IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILADELPHIA PROFESSIONAL COLLECTIONS, LLC** | : | |
| | : | |
| **PLAINTIFF,** | : | |
| v. | : | |
| | : | |
| **CRAWL SPACE DOOR SYSTEM, INC.,** | : | 2:21-CV-05476-GAM |
| D/B/A | : | |
| **CRAWL SPACE DOOR SYSTEMS, INC.** | : | |
| | : | |
| **DEFENDANT.** | : | |

## JOINT STIPULATION AND ORDER

Plaintiff Philadelphia Professional Collections, LLC ("Plaintiff") and Defendant Crawl Space Door System, Inc., D/B/A Crawl Space Door Systems, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate and propose as follows:

WHEREAS, currently pending before the Court are Plaintiff's Motion for Summary Judgment (Dkt. 23), Defendant's Motion for Summary Judgment (Dkt. 24), and Plaintiff's Motion for Sanctions (Dkt. 26);

WHEREAS, Defendant's pleadings in response to Plaintiff's Motion for Sanctions and Reply to Plaintiff's Opposition (Dkt. 27) to Defendant's Motion for Summary Judgment are due on this date, November 18, 2022;

WHEREAS, counsel for Defendant underwent a medical procedure on Thursday, November 17, 2022;

WHEREAS, Plaintiff has graciously agreed to an extension through Monday, November 21, 2022 for Defendant to file its pleadings; and

1

WHEREAS, the Guidelines of this Honorable Court state that routine extensions will be honored unless patently unreasonable and interfere with the orderly progress of the case. This Stipulation is reasonable and will not interrupt with this case's progression.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, and for good cause shown, as follows:

1. Defendant shall have until November 21, 2022 to file the above pleadings.

Dated: November 18, 2022

AGREED TO BY:

| | |
|---|---|
| */s/ Farzana Islam* | */s/ Casey Green* |
| Farzana Islam, Esq. | Casey Green, Esq. |
| White and Williams LLP | Sidkoff, Pincus & Green, P.C. |
| 1650 Market Street | 1101 Market Street, Suite 2700 |
| One Liberty Place, Suite 1800 | Philadelphia, PA 19107 |
| Philadelphia, PA 19103 | cg@sidkoffpincusgreen.com |
| islamf@whiteandwilliams.com | */s/ Duncan G. Byers* |
| *Counsel for Plaintiff* | Duncan G. Byers, Esq. |
| | Patten, Wornom, Hatten & Diamonstein |
| | 12350 Jefferson Ave., Suite 300 |
| | Newport News, Va. 23602 |
| | dbyers@pwhd.com |
| | *Pro Hac Vice* |
| | *Counsel for Defendant* |

IT IS SO ORDERED.

Dated: _____    _____
                                                                              The Honorable Gerald A. McHugh
                                                                              United States District Judge