IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILADEPHIA PROFESSIONAL COLLECTIONS LLC** : : : | |
| v.  : | **CIVIL ACTION NO. 21-5476** |
| : : | |
| **CRAWL SPACE DOOR SYSTEM, INC.** : | |

**ORDER**

This 22nd day of November, 2022, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment, ECF 23, is **GRANTED**, and Defendant's Motion for Summary Judgment, ECF 24, is **DENIED**. **JUDGMENT** is hereby **ENTERED** in favor of Plaintiff and against Defendant for the sum of $670,077.93, plus prejudgment interest in the amount of $127,535.52.

As a result, Plaintiff's Motion for Sanctions, ECF 26, in which Plaintiff seeks default judgment, is hereby **DISMISSED** as **MOOT**.

                                                      /s/ Gerald Austin McHugh
                                            United States District Judge